UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
"IN ADMIRALTY"

WORLD FUEL SERVICES (SINGAPORE) PTE LTD,
WORLD FUEL SERVICES EUROPE, LTD.
WORLD FUEL SERVICES TRADING DMCC,
collectively d/b/a World Fuel Services,

    Plaintiffs,
vs.

Hansa Heavy Lift GmbH & Company KG ms HHL
Richards Bay,
Hansa Heavy Lift GmbH,

    Defendants.
_____/

## COMPLAINT

COMES NOW, Plaintiffs (collectively "WFS") by and through undersigned counsel to hereby file their complaint against Defendants Hansa Heavy Lift GmbH & Company KG ms HHL Richards Bay ("Owner") and Hansa Heavy Lift, GmbH ("Owner's Agent" and/or "Manager") as follows:

### PARTIES, JURISDICTION AND VENUE

1. This is an admiralty and maritime action within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and this Court has jurisdiction pursuant to 28 U.S.C. §1333.

2. Plaintiff WORLD FUEL SERVICES EUROPE, LTD. is a company organized under the laws of the United Kingdom with an address at 8th Fl. 62 Buckingham Gate, London SWIE 6AJ UK and a registered address of The Broadgate Tower, 20 Primrose Street, London EC2A 2RS UK.

3. Plaintiff WORLD FUEL SERVICES (SINGAPORE) PTE LTD is a company organized under the laws of Singapore with an address at 238A Thomson Road #08-01 Novena Square Tower A Singapore 307684.

4. Plaintiff WORLD FUEL SERVICES TRADING DMCC is a corporation existing under the laws of the United Arab Emirates with a principal off of Suite 47-f Almas Tower Jumeriah Lak, Dubai, United Arab Emirates.

5. Collectively, the three plaintiffs are part of the World Fuel Services Marine Group of companies and are indirectly and wholly owned subsidiaries of World Fuel Services Corporation which is a Florida corporation traded publicly on the New York Stock Exchange under the ticker symbol "INT" (collectively, World Fuel Services (Singapore) Pte Ltd, World Fuel Services Europe, Ltd. and World Fuel Services Trading DMCC are hereinafter referred to as "World Fuel Services" or "WFS"), based in this District at 9800 N.W. 41st Street, Suite 400, Miami, Florida 33178.

6. Plaintiffs sell and supply fuel oil and lubricants to ocean going cargo vessels.

7. Defendant Owner, Hansa Heavy Lift GmbH & Company KG ms HHL Richards Bay, is a German entity with an address of Oberbaumbrücke 1, Hamburg, Germany 20457.

8. Defendant Hansa Heavy Lift GmbH – the Defendant Owner's Agent and Manager for the Vessel named "HHL RICHARDS BAY" (herein the "Vessel") – is a German limited liability corporation with an address of Oberbaumbrücke 1, Hamburg, Germany 20457 and/or was the charterer or otherwise in control of the Vessel at all material times.

9. On August 1, 2017, the Plaintiffs and the Defendant Owner, acting with the express authorization and through its apparent agent, the Defendant Manager/Agent/Charterer who was at all material times in control of the Vessel, entered into a framework fuel management contract for the provision of fuel to the Defendants fleet of vessel(s), including the Defendant HHL Richards Bay's Vessel the "HHL RICHARDS BAY" (the "Vessel"). A true and correct copy of this Fuel Management Contract is attached hereto as Exhibit "A".

10. The Fuel Management Contract incorporated, at page 4 of 6, through the section entitled "**Terms and Conditions**," the applicable terms and conditions for the sale of bunkers under the Fuel Management Contract as "The World Fuel Services Marine Group of Companies General Terms and Conditions dated May 1, 2016." A true and correct copy of the General Terms and Conditions dated May 1, 2016 is attached hereto as Exhibit "B".

11. As such, under section 10 of Exhibit "B", the Defendants are subject to the Court's personal jurisdiction under Fla. Stat. § 48.193(9).

12. Venue likewise under Section 10 of Exhibit "B" lies in the Southern District of Florida.

13. As such, this Court is the proper venue and the Court has subject matter jurisdiction over the issues and personal jurisdiction over the parties.

## GENERAL ALLEGATIONS OF FACT

14. Following from the general framework under the Fuel Management Agreement, from March 2018 through October 2018, the Defendants entered into a series of eleven separate contracts with the Plaintiffs, as set for the herein, for the purchase and sale of marine bunkers which were supplied to the Vessel "HHL RICHARDS

BAY" in, respectively, (1) Port of Singapore, Singapore (twice); (2) Port of Shanghai, China; (3) Port of Fremantle, Australia; (4) Port of Xiamen, China; (5) Port of Masan, South Korea; (6) Port of Nakhoda, Russia; (7) Port of Durban, South Africa; (8) Port of Murmansk, Russia; (9) Port of Fujairah, United Arab Emirates (twice).

15. Despite Plaintiffs causing the supply of contractually ordered bunkers to the Vessel as ordered and contracted by the Defendants.

16. Having not been paid for any of the fuel and gas oil supplied to the Vessel on the orders of the Defendants, WFS sent a contractually authorized notice to the Defendants, which had the effect of accelerating any invoices for which a later due date was still outstanding to a due date of December 6, 2018.

17. WFS then filed an action for a conservatory arrest of the "HHL RICHARDS BAY" in Ivory Coast on all eleven contracts, a procedural measure alleging a maritime claim whereby the Vessel was arrested in Ivory Coast on or around December 13, 2018.

18. No security has been posted to date and Defendant(s) may be pursuing insolvency proceedings abroad.

19. The Vessel remains under arrest and in accordance with Ivory Coast law on conservatory arrests, this action is being instituted as a result.

**COUNT I – BREACH OF MARITIME CONTRACT
BY WORLD FUEL SERVICES (SINGAPORE) PTE LTD FOR
THE MARCH 2018 SINGAPORE TRANSACTION**

20. Plaintiffs hereby incorporate and therefore re-alleges Paragraphs 1-19 of this Complaint as if fully set forth herein.

21. Upon to a confirmation order dated on March 25, 2018, the Vessel "HHL RICHARDS BAY" was provided, on March 26, 2018, at the port of Singapore with 595.2810 MT of fuel 380 CST / RMG 380 3.15% at USD 372 per ton. True and correct copies are attached in the Composite Exhibit for this transaction including the Confirmation, Bunker Delivery Note, and Invoice as Exhibit "C".

22. An invoice bearing number 284515-31501 was issued on March 28, 2018 by WFS Singapore to the contractual debtors, the Vessel, "HHL RICHARDS BAY", and/or her owners/operators, Hansa Heavy Lift GmbH & Company KG ms HHL Richards Bay, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 222,249.53. *See* Invoice as part of Composite Exhibit "C"

23. The invoice was due May 25, 2018, and to date, remains unpaid.

24. As of January 10, 2019, for this Singapore delivery, Defendants owe $258,920.70, made up of $222,249.53 in principal, $25,558.70 in interest, and $11,112.48 in contractual fees. A true and correct copy of the Composite Statement of Account for WORLD FUEL SERVICES (SINGAPORE) PTE LTD as of January 10, 2019 is attached hereto as Exhibit "D".

## COUNT II – BREACH OF MARITIME CONTRACT BY WORLD FUEL SERVICES (SINGAPORE) PTE LTD FOR THE APRIL 2018 SINGAPORE TRANSACTION

25. Plaintiffs hereby incorporate and therefore re-alleges Paragraphs 1-19 of this Complaint as if fully set forth herein.

26. Upon to a confirmation order dated on April 20, 2018, the Vessel "HHL RICHARDS BAY" was provided, on April 21, 2018, at the port of Singapore with 529.2830 MT 380 CST / RMG380 3.5% at USD 405 per ton and 158.0440 MT of

MGO DMA at USD 637 per ton. True and correct copies are attached in the Composite Exhibit for this transaction including the Confirmation, Bunker Delivery Note, and Invoice as Exhibit "E".

27. An invoice bearing number 286392-31501 was issued on April 30, 2018 by WFS Singapore to the contractual debtors, the Vessel, "HHL RICHARDS BAY", and/or her owners/operators, Hansa Heavy Lift GmbH & Company KG ms HHL Richards Bay, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 316,232.95. *See* Invoice as part of Composite Exhibit "E"

28. The invoice was due June 20, 2018, and to date, remains unpaid.

29. As of January 10, 2019, for this Singapore delivery, Defendants owe $364,300.36 made up of $316,232.95 in principal, $32,255.76 in interest, and $15,811.65 in contractual fees. A true and correct copy of the Composite Statement of Account for WORLD FUEL SERVICES (SINGAPORE) PTE LTD as of January 10, 2019 is attached hereto as Exhibit "D".

### COUNT III – BREACH OF MARITIME CONTRACT BY WORLD FUEL SERVICES (SINGAPORE) PTE LTD FOR THE SHANGHAI TRANSACTION

30. Plaintiffs hereby incorporate and therefore re-alleges Paragraphs 1-19 of this Complaint as if fully set forth herein.

31. Upon to a confirmation order dated on April 30, 2018, the Vessel "HHL RICHARDS BAY" was provided, on May 4, 2018, at the port of Shanghai with 183.5000 MT 380 CST / RMG380 3.5% at USD 436 per ton. True and correct copies are attached in the Composite Exhibit for this transaction including the Confirmation, Bunker Delivery Note, and Invoice as Exhibit "F".

32. An invoice bearing number 287760-31501 was issued on May 21, 2018 by WFS Singapore to the contractual debtors, the Vessel, "HHL RICHARDS BAY", and/or her owners/operators, Hansa Heavy Lift GmbH & Company KG ms HHL Richards Bay, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 80,908.90.  *See* Invoice as part of Composite Exhibit "F".

33. The invoice was due July 3, 2018, and to date, remains unpaid.

34. As of January 10, 2019, for this Shanghai delivery, Defendants owe $92,681.14, made up of $80,908.90 in principal, $7,726.80 in interest, and $4,045.45 in contractual fees.  A true and correct copy of the Composite Statement of Account for WORLD FUEL SERVICES (SINGAPORE) PTE LTD as of January 10, 2019 is attached hereto as Exhibit "D".

## COUNT IV – BREACH OF MARITIME CONTRACT BY WORLD FUEL SERVICES (SINGAPORE) PTE LTD FOR THE FREMANTLE AUSTRALIA TRANSACTION

35. Plaintiffs hereby incorporate and therefore re-alleges Paragraphs 1-19 of this Complaint as if fully set forth herein.

36. Upon to a confirmation order dated on June 4, 2018, the Vessel "HHL RICHARDS BAY" was provided, on June 12, 2018, at the port of Fremantle in Australia with 179.6010 MT of 380 CST / RMG380 3.5% at USD 405 per ton.  True and correct copies are attached in the Composite Exhibit for this transaction including the Confirmation, Bunker Delivery Note, and Invoice as Exhibit "G".

37. An invoice bearing number 289258-31501 was issued on June 13, 2018 by WFS Singapore to the contractual debtors, the Vessel, "HHL RICHARDS BAY", and/or her owners/operators, Hansa Heavy Lift GmbH & Company KG ms HHL Richards

Bay, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 100,576.56.  *See* Invoice as part of Composite Exhibit "G".

38. The invoice was due August 11, 2018, and to date, remains unpaid.

39. As of January 10, 2019, for this Fremantle delivery, Defendants owe $113,249.21 made up of $100,576.56 in principal, $7,643.82 in interest, and $5,028.83 in contractual fees.  A true and correct copy of the Composite Statement of Account for WORLD FUEL SERVICES (SINGAPORE) PTE LTD as of January 10, 2019 is attached hereto as Exhibit "D".

## COUNT V – BREACH OF MARITIME CONTRACT BY WORLD FUEL SERVICES (SINGAPORE) PTE LTD FOR THE XIAMEN CHINA TRANSACTION

40. Plaintiffs hereby incorporate and therefore re-alleges Paragraphs 1-19 of this Complaint as if fully set forth herein.

41. Upon to a confirmation order dated on June 20, 2018, the Vessel "HHL RICHARDS BAY" was provided, on June 24, 2018, at the port of Xiamen with 147 MT 380 CST / RMG380 3.5% at USD 461 per ton.  True and correct copies are attached in the Composite Exhibit for this transaction including the Confirmation, Bunker Delivery Note, and Invoice as Exhibit "H".

42. An invoice bearing number 289974-31501 was issued on June 27, 2018 by WFS Singapore to the contractual debtors, the Vessel, "HHL RICHARDS BAY", and/or her owners/operators, Hansa Heavy Lift GmbH & Company KG ms HHL Richards Bay, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 67,767.00.  *See* Invoice as part of Composite Exhibit "H".

43. The invoice was due August 23, 2018, and to date, remains unpaid.

44. As of January 10, 2019, for this Xiamen delivery, Defendants owe $75,899.04 made up of $67,767.00 in principal, $4,743.69 in interest, and $3,388.35 in contractual fees. A true and correct copy of the Composite Statement of Account for WORLD FUEL SERVICES (SINGAPORE) PTE LTD as of January 10, 2019 is attached hereto as Exhibit "D".

### COUNT VI – BREACH OF MARITIME CONTRACT BY WORLD FUEL SERVICES (SINGAPORE) PTE LTD FOR THE MASAN TRANSACTION

45. Plaintiffs hereby incorporate and therefore re-alleges Paragraphs 1-19 of this Complaint as if fully set forth herein.

46. Upon to a confirmation order dated on July 3, 2018, the Vessel "HHL RICHARDS BAY" was provided, on July 7, 2018, at the port of Masan with 120 MT of MGO DMA at USD 705 per ton. True and correct copies are attached in the Composite Exhibit for this transaction including the Confirmation, Bunker Delivery Note, and Invoice as Exhibit "I".

47. An invoice bearing number 290990-31501 was issued on July 31, 2018 by WFS Singapore to the contractual debtors, the Vessel, "HHL RICHARDS BAY", and/or her owners/operators, Hansa Heavy Lift GmbH & Company KG ms HHL Richards Bay, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 85,100.00. *See* Invoice as part of Composite Exhibit "I".

48. The invoice was due September 5, 2018, and to date, remains unpaid.

49. As of January 10, 2019, for this Masan delivery, Defendants owe $94,758.85 made up of $85,100.00 in principal, $5,403.85 in interest, and $4,255.00 in contractual

fees.  A true and correct copy of the Composite Statement of Account for WORLD FUEL SERVICES (SINGAPORE) PTE LTD as of January 10, 2019 is attached hereto as Exhibit "D".

### COUNT VII – BREACH OF MARITIME CONTRACT BY WORLD FUEL SERVICES (SINGAPORE) PTE LTD FOR THE NAKHODA RUSSIA TRANSACTION

50. Plaintiffs hereby incorporate and therefore re-alleges Paragraphs 1-19 of this Complaint as if fully set forth herein.

51. Upon to a confirmation order dated on July 6, 2018, the Vessel "HHL RICHARDS BAY" was provided, on July 10, 2018, at the port of Nakhoda with 885 MT 380 CST / RMG380 3.5% at USD 425 per ton and 65 MT 380 CST / RMG380 3.5% at USD 453 per ton.  True and correct copies are attached in the Composite Exhibit for this transaction including the Confirmation, Bunker Delivery Note, and Invoice as Exhibit "J".

52. An invoice bearing number 291286-31501 was issued on July 19, 2018 by WFS Singapore to the contractual debtors, the Vessel, "HHL RICHARDS BAY", and/or her owners/operators, Hansa Heavy Lift GmbH & Company KG ms HHL Richards Bay, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 422,846.83.  *See* Invoice as part of Composite Exhibit "J".

53. The invoice was due September 8, 2018, and to date, remains unpaid.

54. As of January 10, 2019, for this Nakhoda delivery, Defendants owe $470,205.67 made up of $422,846.83 in principal, $26,216.50 in interest, and $21,142.34 in contractual fees.  A true and correct copy of the Composite Statement of Account

for WORLD FUEL SERVICES (SINGAPORE) PTE LTD as of January 10, 2019 is attached hereto as Exhibit "D".

### COUNT VIII – BREACH OF MARITIME CONTRACT BY WORLD FUEL SERVICES (SINGAPORE) PTE LTD FOR THE DURBAN TRANSACTION

55. Plaintiffs hereby incorporate and therefore re-alleges Paragraphs 1-19 of this Complaint as if fully set forth herein.

56. Upon to a confirmation order dated on November 6, 2018, the Vessel "HHL RICHARDS BAY" was provided, on November 9, 2018, at the port of Durban with 350.4670 MT 380 CST / RMG380 3.5% at USD 513 per ton. True and correct copies are attached in the Composite Exhibit for this transaction including the Confirmation, Bunker Delivery Note, and Invoice as Exhibit "K".

57. An invoice bearing number 299644-31501 was issued on November 30, 2018 by WFS Singapore to the contractual debtors, the Vessel, "HHL RICHARDS BAY", and/or her owners/operators, Hansa Heavy Lift GmbH & Company KG ms HHL Richards Bay, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 180,569.57.  *See* Invoice as part of Composite Exhibit "K".

58. The invoice was due December 6, 2018, and to date, remains unpaid.

59. As of January 10, 2019, for this Durban delivery, Defendants owe $192,758.02 made up of $180,569.57 in principal, $3,159.97 in interest, and $9,028.48 in contractual fees.  A true and correct copy of the Composite Statement of Account for WORLD FUEL SERVICES (SINGAPORE) PTE LTD as of January 10, 2019 is attached hereto as Exhibit "D".

### COUNT IX – BREACH OF MARITIME CONTRACT BY WORLD FUEL SERVICES EUROPE, LTD. FOR

## THE MURMANSK TRANSACTION

60. Plaintiffs hereby incorporate and therefore re-alleges Paragraphs 1-19 of this Complaint as if fully set forth herein.

61. Upon to a confirmation order dated on August 10, 2018, the Vessel "HHL RICHARDS BAY" was provided, on August 29, 2018, at the port of Murmansk with 670 MT 380 CST / RMG380 3.5% at USD 435 per ton. True and correct copies are attached in the Composite Exhibit for this transaction including the Confirmation, Bunker Delivery Note, and Invoice as Exhibit "L".

62. An invoice bearing number 227367-32501 was issued on September 13, 2018 by World Fuel Services Europe, Ltd. to the contractual debtors, the Vessel, "HHL RICHARDS BAY", and/or her owners/operators, Hansa Heavy Lift GmbH & Company KG ms HHL Richards Bay, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 293,285.00. *See* Invoice as part of Composite Exhibit "L".

63. The invoice was due October 28, 2018, and to date, remains unpaid.

64. As of January 10, 2019, for this Murmansk delivery, Defendants owe $318,800.80 made up of $293,285.00 in principal, $10,851.55 in interest, and $14,664.25 in contractual fees. A true and correct copy of the Statement of Account for WORLD FUEL SERVICES EUROPE, LTD as of January 10, 2019 is attached hereto as Exhibit "M".

## COUNT X – BREACH OF MARITIME CONTRACT BY WORLD FUEL SERVICES TRADING DMCC FOR THE FIRST FUJAIRAH TRANSACTION

65. Plaintiffs hereby incorporate and therefore re-alleges Paragraphs 1-19 of this Complaint as if fully set forth herein.

66. Upon to a confirmation order dated on October 10, 2018, the Vessel "HHL RICHARDS BAY" was provided, on October 11, 2018, at the port of Fujairah with 79.9930 MT 380 CST / RMG380 3.5% at USD 533 per ton.  True and correct copies are attached in the Composite Exhibit for this transaction including the Confirmation, Bunker Delivery Note, and Invoice as Exhibit "N".

67. An invoice bearing number 125483-32901 was issued on October 11, 2018 by World Fuel Services Trading DMCC to the contractual debtors, the Vessel, "HHL RICHARDS BAY", and/or her owners/operators, Hansa Heavy Lift GmbH & Company KG ms HHL Richards Bay, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 50,091.27.  *See* Invoice as part of Composite Exhibit "N".

68. The invoice was due October 19, 2018, and to date, remains unpaid.

69. As of January 10, 2019, for this first Fujairah delivery, Defendants owe $53,572.43 made up of $50,091.27 in principal, $876.60 in interest, and $2,504.56 in contractual fees.  A true and correct copy of the Composite Statement of Account for WORLD FUEL SERVICES TRADING DMCC as of January 10, 2019 is attached hereto as Exhibit "O".

**COUNT XI – BREACH OF MARITIME CONTRACT
BY WORLD FUEL SERVICES TRADING DMCC FOR
THE SECOND FUJAIRAH TRANSACTION**

70. Plaintiffs hereby incorporate and therefore re-alleges Paragraphs 1-19 of this Complaint as if fully set forth herein.

71. Upon to a confirmation order dated on October 23, 2018, the Vessel "HHL RICHARDS BAY" was provided, on October 29, 2018, at the port of Fujairah with 885.3320 MT 380 CST / RMG380 3.5% at USD 511 per ton and 39.3950 MT of

MGO DMA at USD 803 per ton. True and correct copies are attached in the Composite Exhibit for this transaction including the Confirmation, Bunker Delivery Note, and Invoice as Exhibit "P".

72. An invoice bearing number 125889-32901 was issued on November 30, 2018 by World Fuel Services Trading DMCC to the contractual debtors, the Vessel, "HHL RICHARDS BAY", and/or her owners/operators, Hansa Heavy Lift GmbH & Company KG ms HHL Richards Bay, and Owner's Agent, Manager, and Charterer, Hansa Heavy Lift GmbH, or who was otherwise at all times in control of the Vessel for an amount of USD 484,498.84. *See* Invoice as part of Composite Exhibit "P".

73. The invoice was due December 6, 2018, and to date, remains unpaid.

74. As of January 10, 2019, for this second Fujairah delivery, Defendants owe $517,202.51 made up of $484,498.84 in principal, $8,478.73 in interest, and $24,224.94 in contractual fees. A true and correct copy of the Composite Statement of Account for WORLD FUEL SERVICES TRADING DMCC as of January 10, 2019 is attached hereto as Exhibit "O".

WHEREFORE, in accordance with the contracts at issue, Plaintiffs respectfully request the Court to enter Final Judgment in their favor against the Defendants for Plaintiffs' damages, in the amount of $2,552,247.93 as of January 10, 2019, for which additional interest, contractual fees, attorneys' fees, and costs have accrued or will continue to accrue.

Dated: January 10, 2019

Respectfully submitted,
**WAGNER LEGAL**
Attorney for Plaintiff
3050 Biscayne Blvd., #904
Miami, FL 33137
Telephone: (305) 768-9247
Facsimile: (305) 306-8598
By: **/s/ Scott A. Wagner**
Scott Wagner, Esq.
Florida Bar No. 10244